MAXIMUM PENALTIES FOR 18 USC 1343

FINE OF $250,000 (18 USC 3571)  AND/OR
IMPRISONMENT FOR 20 YEARS AND A TERM
OF SUPERVISED RELEASE OF 3 YEARS (18 USC 3583)
SPECIAL ASSESSMENT $100.00  (18 U.S.C. § 3013)